**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| MARK W. LATIMER, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:06-cv-008-RLY-WGH |
| | ) | |
| MARK A. BEZY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Discussing Petition for Writ of Habeas Corpus**

Because a federal court may issue a writ of habeas corpus pursuant to 28 U.S.C. § 2241(c)(3) only if it finds the applicant "is in custody in violation of the Constitution or laws or treaties of the United States," because petitioner Latimer has done no more in this action than state his view that he has been improperly sentenced by a Minnesota state court, and because such a claim does not suggest any basis on which to conclude that either his current federal custody or the detainer lodged with his custodian were based on the Minnesota sentence, Latimer's habeas petition is summarily denied and this action is dismissed.

Judgment consistent with this Entry shall now issue. Nothing in the disposition of this action, however, shall be construed as precluding a challenge by Latimer in an appropriate forum to the state sentence or to the term of probation associated with that sentence.

**IT IS SO ORDERED.**

Date:     02/22/2006

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana